NIMA GHAZVINI
Chapter 13 Standing Trustee
1050 Bishop Street #521
Honolulu, HI   96813
P: (808) 526-3083 F: (808) 531-8844
E: info@hi13trustee.com



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
**1132 Bishop Street, Suite 250**
**Honolulu, Hawaii 96813**

Chapter 13 Case No.   25-00033
Debtor(s):                                          Plan – Docket No.    2
*EMMANUEL AGTARAP ESTOQUE*

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

Trustee objects to confirmation of the proposed plan as follows:

**-** Failure to timely respond to Trustee's requests – Pursuant to Meeting of Creditors held March 12, 2025, Trustee requested copies of debtor's 2024 tax returns, amended schedule J to correctly reflect debtor's dependents and their ages, and amended Statement of Financial Affairs line 27 to disclose information about debtor's e-commerce business.

- Statement of Financial Affairs indicates that Debtor is married, but Debtor has not disclosed his spouse's employment information on Schedule I. Trustee requests Debtor make the correction to Schedule I, and the Means Test if necessary.

- Trustee has requested a copy of Debtor's filed 2024 income tax returns to review Debtor's financial circumstances and number of dependents claimed.

## CERTIFICATE OF SERVICE

Trustee also certifies that a copy of this objection was served on the Office of the United States Trustee and the persons below by the court's electronic transmission facilities (ECF) or first-class mail.

Dated: 03/21/2025                    /s/ Veronica Valdez

Attorney for Debtor(s): ABELMANN PETERSON LLLC
E-mail: lars@abelmannlaw.com VIA CM/ECF

Debtor(s): EMMANUEL AGTARAP ESTOQUE
1133 MAKAALA ST HONOLULU, HI 96818-1116