Fill in this information to identify your case:

| Debtor 1 | **Emmanuel** | **Agtarap** | **Estoque** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court - District of Hawaii

Case number **25-00033**

Local Form H1009-1 (4/2024)

# Cover Sheet for Amendments

## Part 1: Amendments (attach amended documents to this cover sheet)

*Check all of the following that are being amended.*

Schedules: ☐ A/B  ☐ C  ☐ G  ☐ H  ☐ I  ☑ J

☑ Statement of Financial Affairs

☐ Chapter 7 Statement of Intention

☐ Chapter 7 Statement of Current Monthly Income (122A-1)

☐ Chapter 7 Means Test Calculation (122A-2)

☐ Chapter 13 Statement of Current Monthly Income (122C-1) and Calculation of Disposable Income (122C-2)

☐ Other:

---

**Amendments requiring $34 filing fee**

Schedules: ☐ D  ☐ E/F

☐ Creditor List – *no fee required for amended list if:*
- *only updating an address or*
- *only adding a creditor's attorney*

---

## Part 2: Declaration

Under penalty of perjury, the undersigned declares that I have read the documents filed with this declaration and that they are true and correct.
*[If filing electronically through ECF, a **Declaration re: Electronic Filing** with original signatures must be **filed** not later than 7 days after filing the amendments.]*

**/s/ Emmanuel Agtarap Estoque**

Emmanuel Agtarap Estoque
Debtor 1

Dated: **03/31/2025**

Debtor 2

Dated: _____

## Part 3: Certificate of Service (attach a list of names and addresses where notice was sent)

The undersigned certifies:

☑ Notice of an amended list, schedule, or statement that affects a creditor or party in interest has been served on each affected entity identified on the attached service list.

☑ A copy of the Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines has been served on any added creditors and parties in interest identified on the attached service list.

Dated: **03/31/2025**

**/s/ Rick Abelmann**

Rick Abelmann

Doc ID: d662c3a56ab2f2bcd7418743d63ea2ce5f7f4055

**Abelmann Peterson LLLC**
677 Ala Moana Blvd., Suite 510
Honolulu, HI 96813

**American Express Travel
Related Services**
Attn: Bankruptcy
PO Box 981537
El Paso, TX 79998

**Amex**
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

**Ashford & Wriston, LLP**
c/o Kevin Herring
999 Bishop St Ste 1400
Honolulu, HI 96813-4438

**Bank of America**
PO Box 15796
Wilmington, DE 19886

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

**Cbna**
Attn: Centralized Bankruptcy/Citicorp
PO Box 790034
St Louis, MO 63179-0034

**Cbusasears**
Citicorp Credit Srvs
Po Box 790040
Saint Louis, MO 63179-0040

Doc ID: d662c3a56ab2f2bcd7418743d63ea2ce5f7f4055

**Chex Systems Inc.**
ATTN Consumer Relations
7805 Hudson Rd. Ste. 100
Saint Paul, MN 55125

**Citi Card/Best Buy**
Attn: Citicorp Cr Srvs
PO Box 790040
St Louis, MO 36179-0040

**Citibank**
Centralized Bankruptcy/CitiCorp
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

**Department of Taxation**
Attn: Bankruptcy Unit
Po Box 259
Honolulu, HI 96809-0259

**Department of Taxation**
Attn: Bankruptcy Unit
PO Box 259
Honolulu, HI 96809

**Equifax Credit Info Service**
PO Box 740241
Atlanta, GA 30374

**Experian**
PO Box 2002
Allen, TX 75013

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

Doc ID: d662c3a56ab2f2bcd7418743d63ea2ce5f7f4055

**Internal Revenue Service**
PO Box 21126
Philadelphia, PA 19114


**Macy's/ DSNB**
Atytn: Bankruptcy 701 E. 60th Street
North
Sioux Falls, SD 57104


**Telecheck**
5565 Glenridge Connector, N.E.
Atlanta, GA 30342


**TransUnion**
PO Box 2000
Crum Lynne, PA 19022


**Wings Credit Union**
Attn: Bankruptcy 14985 Glazier Avenue
Aoole Valley, MN 55124


**Wings Financial CU**
Attn: Ashford & Wriston LLP
999 Bishop St Ste. 1400
Honolulu, HI 96813

Doc ID: d662c3a56ab2f2bcd7418743d63ea2ce5f7f4055

| Debtor 1 | **Emmanuel** | **Agtarap** | **Estoque** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Hawaii**

Case number **25-00033**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Child** | **19** | ☐ No. ☑ Yes. |
   | **Child** | **38** | ☐ No. ☑ Yes. |
   | **Child** | **33** | ☑ No. ☐ Yes. |
   | **Child** | **15** | ☑ No. ☐ Yes. |
   | **Child** | **18** | ☑ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. **$2,150.00** |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. **$0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. **$12.25** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. **$100.00** |
| 4d. | Homeowner's association or condominium dues | 4d. **$0.00** |

U.S. Bankruptcy Court - Hawaii   #25-00033   Dkt # 14   Filed  04/01/25   Page 5 of 16

Doc ID: d662c3a56ab2f2bcd7418743d63ea2ce5f7f4055

| | | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $0.00 |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. $0.00 |
| | 6b. Water, sewer, garbage collection | 6b. $0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $350.00 |
| | 6d. Other. Specify: _____ | 6d. $0.00 |
| 7. | **Food and housekeeping supplies** | 7. $2,200.00 |
| 8. | **Childcare and children's education costs** | 8. $100.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $180.00 |
| 10. | **Personal care products and services** | 10. $70.00 |
| 11. | **Medical and dental expenses** | 11. $80.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $130.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $310.00 |
| 14. | **Charitable contributions and religious donations** | 14. $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. $0.00 |
| | 15b. Health insurance | 15b. $0.00 |
| | 15c. Vehicle insurance | 15c. $110.00 |
| | 15d. Other insurance. Specify: _____ | 15d. $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. $0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $0.00 |
| | 17c. Other. Specify: _____ | 17c. $0.00 |
| | 17d. Other. Specify: _____ | 17d. $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: **Support for children in Philippines** | 19. $2,500.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
| | 20a. Mortgages on other property | 20a. $0.00 |
| | 20b. Real estate taxes | 20b. $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $0.00 |

U.S. Bankruptcy Court - Hawaii    #25-00033   Dkt # 14   Filed   04/01/25   Page 6 of 16

Doc ID: d662c3a56ab2f2bcd7418743d63ea2ce5f7f4055

| | | | |
|---|---|---|---|
| 21. | **Other.** Specify: <u>**See Additional Page**</u> | 21. | + _____ **$115.00** |

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.  22a.  _____ **$8,407.25**

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2  22b.  _____ **$0.00**

22c. Add line 22a and 22b. The result is your monthly expenses.  22c.  _____ **$8,407.25**

23. **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from *Schedule I*.  23a.  _____ **$8,713.76**

23b. Copy your monthly expenses from line 22c above.  23b.  – _____ **$8,407.25**

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*  23c.  _____ **$306.51**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.

U.S. Bankruptcy Court - Hawaii   #25-00033   Dkt # 14   Filed  04/01/25   Page 7 of 16

Doc ID: d662c3a56ab2f2bcd7418743d63ea2ce5f7f4055

|  | Amount |
|---|---|
| 21. **Other** | |
| Tax prep fees | $25.00 |
| Misc/Emergency | $90.00 |

U.S. Bankruptcy Court - Hawaii   #25-00033   Dkt # 14   Filed  04/01/25   Page 8 of 16

Doc ID: d662c3a56ab2f2bcd7418743d63ea2ce5f7f4055

Debtor 1    **Emmanuel**      **Agtarap**      **Estoque**
            First Name       Middle Name      Last Name

Debtor 2
(Spouse, if filing)
            First Name       Middle Name      Last Name

United States Bankruptcy Court for the:        **District of Hawaii**

Case number        **25-00033**
(if known)

☐  Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑  Married

☐  Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑  No

☐  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑  No

☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:  Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐  No

☑  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $7,121.49 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

U.S. Bankruptcy Court - Hawaii  #25-00033  Dkt # 14  Filed 04/01/25  Page 9 of 16

Doc ID: d662c3a56ab2f2bcd7418743d63ea2ce5f7f4055

| Debtor 1 | Emmanuel | Agtarap | Estoque | | Case number *(if known)* 25-00033 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **For last calendar year:** (January 1 to December 31, **2024**) YYYY | ☑ Wages, commissions, bonuses, tips | $203,148.15 | ☐ Wages, commissions, bonuses, tips | |
|---|---|---|---|---|
| | ☑ Operating a business | $6,811.30 | ☐ Operating a business | |

| **For the calendar year before that:** (January 1 to December 31, **2023**) YYYY | ☑ Wages, commissions, bonuses, tips | $152,995.00 | ☐ Wages, commissions, bonuses, tips | |
|---|---|---|---|---|
| | ☑ Operating a business | $0.00 | ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Bank Of Hawaii** Creditor's Name **Attn: Bankruptcy** **111 South King Street** Number   Street **Honolulu, HI 96813** City   State   ZIP Code | **12/15/2024** **11/16/2024** **10/30/2024** | $1,896.00 | $0.00 | ☐ Mortgage ☑ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other _____ |

U.S. Bankruptcy Court - Hawaii   #25-00033   Dkt # 14   Filed 04/01/25   Page 10 of 16

Doc ID: d662c3a56ab2f2bcd7418743d63ea2ce5f7f4055

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Wings Financial Credit Union** | **Civil** | **Circuit Court of the 1st Cir, Hawaii**<br>Court Name<br>**Ka`ahumanu Hale**<br>**777 Punchbowl St**<br>Number    Street<br>**Honolulu, HI 96813-5001**<br>City              State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **1CCV-23-0000353** | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

U.S. Bankruptcy Court - Hawaii   #25-00033   Dkt # 14   Filed  04/01/25   Page 11 of 16

Doc ID: d662c3a56ab2f2bcd7418743d63ea2ce5f7f4055

## Part 5:  List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

## Part 6:  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

## Part 7:  List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Credit Counseling, Abacus**<br>Person Who Was Paid<br><br>**17337 Ventura Boulevard Suite 205**<br>Number     Street<br><br><br>**Encino, CA 91316**<br>City          State     ZIP Code<br><br><br>Email or website address<br><br><br>Person Who Made the Payment, if Not You | **Credit Counseling** | 01/07/2025 | $25.00 |

U.S. Bankruptcy Court - Hawaii   #25-00033   Dkt # 14   Filed  04/01/25   Page 12 of 16

Doc ID: d662c3a56ab2f2bcd7418743d63ea2ce5f7f4055

| Debtor 1 | **Emmanuel** | **Agtarap** | **Estoque** | Case number *(if known)* **25-00033** |
| --- | First Name | Middle Name | Last Name | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |
| **Abelmann Peterson LLLC**<br>Person Who Was Paid | **Attorney's Fee** | | |
| **677 Ala Moana Blvd., Suite 510**<br>Number       Street | | **1/8/2025** | **$2,852.00** |
| | | | |
| **Honolulu, HI 96813**<br>City                State     ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

❏ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

❏ Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

❏ Yes. Fill in the details.

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
| --- | --- |

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

❏ Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

❏ Yes. Fill in the details.

U.S. Bankruptcy Court - Hawaii   #25-00033   Dkt # 14   Filed  04/01/25   Page 13 of 16

Doc ID: d662c3a56ab2f2bcd7418743d63ea2ce5f7f4055

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

---

**Part 10:    Give Details About Environmental Information**

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

U.S. Bankruptcy Court - Hawaii   #25-00033   Dkt # 14   Filed  04/01/25   Page 14 of 16

Doc ID: d662c3a56ab2f2bcd7418743d63ea2ce5f7f4055

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| **Emmanuel Estoque** | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **E-commerce activities** | EIN: __ __ – __ __ __ __ __ __ __ |
| **1133 Makaala St** | Name of accountant or bookkeeper | Dates business existed |
| Number    Street | | From **2023** To _____ |
| **Honolulu, HI 96818-1116** | | |
| City      State    ZIP Code | | |

| **Emmanuel Estoque** | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **E-commerce activities** | EIN: __ __ – __ __ __ __ __ __ __ |
| **1133 Makaala St** | Name of accountant or bookkeeper | Dates business existed |
| Number    Street | | From **2023** To _____ |
| **Honolulu, HI 96818-1116** | | |
| City      State    ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

U.S. Bankruptcy Court - Hawaii - #25-00033 - Dkt # 14 - Filed 04/01/25    Page 15 of 16

Doc ID: d662c3a56ab2f2bcd7418743d63ea2ce5f7f4055

## Part 12: Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X  **/s/ Emmanuel Agtarap Estoque**

Signature of Emmanuel Agtarap Estoque, Debtor 1

Date **03/31/2025**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

U.S. Bankruptcy Court - Hawaii  #25-00033  Dkt # 14  Filed 04/01/25   Page 16 of 16

Doc ID: d662c3a56ab2f2bcd7418743d63ea2ce5f7f4055