808 BK LLLC
LARS PETERSON 8604
745 Fort St #801, Honolulu, HI 96813
Tel 808.589.1010 | Fax 888.797.7471
group@808bk.com

Attorney for Debtor EMMANUEL AGTARAP ESTOQUE

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>EMMANUEL AGTARAP ESTOQUE,<br><br>Debtor. | Case No. 25-00033<br>(Chapter 13)<br><br>DECLARATION OF EMMANUEL AG-TARAP ESTOQUE. |

DECLARATION OF EMMANUEL AGTARAP ESTOQUE.

I, EMMANUEL AGTARAP ESTOQUE, do hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief:

1. I am authorized to make this declaration, have personal knowledge of the following unless stated otherwise, and I am competent to testify as to all matters set forth herein.

Doc ID: dd0c3c35456363e6af1e52c74f1d6aca55329351

2.     My wife has been residing in the Philippines since 2000 and she has no income and I support her.

3.     At my residence, I have 4 other people who live with me: my two sons and my oldest son's wife and our child. My youngest son is attending college as a full time student. My oldest son contributes $500 per month to household expenses.

4.     I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, <u>May 19, 2025</u>.

 

 

_____
EMMANUEL AGTARAP ESTOQUE

U.S. Bankruptcy Court - Hawaii  #25-00033  Dkt # 23  Filed  05/23/25  Page 2 of 2

Doc ID: dd0c3c35456363e6af1e52c74f1d6aca55329351