808 BK LLLC

LARS PETERSON 8604
745 Fort St #801, Honolulu, HI 96813
Tel 808.589.1010 | Fax 888.797.7471
group@808bk.com

Attorney for Debtor EMMANUEL AGTARAP ESTOQUE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>EMMANUEL AGTARAP ESTOQUE,<br><br>Debtor. | Case No. 25-00033<br>(Chapter 13)<br><br>**DECLARATION OF DEBTOR EMMANUEL AGTARAP ESTOQUE IN SUPPORT OF MOTION FOR HARDSHIP DISCHARGE.**<br><br>Hearing Date: April 7, 2026<br>Hearing Time: 9:30 a.m.<br>Honorable Robert J. Faris |

DECLARATION OF DEBTOR EMMANUEL AGTARAP ESTOQUE
IN SUPPORT OF MOTION FOR HARDSHIP DISCHARGE.

Doc ID: d1385a4ad76bfa5ba56b2cc4b9d228b75b9d20a9

I, EMMANUEL AGTARAP ESTOQUE, declare as follows:

1.  I am competent and authorized to make the statements herein. I make this declaration in support of our Motion for Hardship Discharge under 11 U.S.C. § 1328(b).

2.  I was demoted from my job as Aircraft Maintenance Station Manager to an Aircraft Maintenance Technician.

3.  I believe the demotion was based on unfair discrimination by my senior leaders. I decided not to challenge the demotion and to accept it out of fear of even worse consequences.

4.  My new income is significantly lower than my previous income. I have not been able to turn over my tax refunds to the Trustee. I can also no longer keep up with the Trustee payments. I am planning to withdraw my 401k to cover my household expenses and utilities.

5.  I have struggled for a while to keep up with household expenses, and I cannot meet my monthly plan payment obligations any longer. I do not have any means to continue making the monthly plan payments.

6.  The financial hardships I am facing cause me to not even have enough income to satisfy the basic necessities and I can no longer afford any plan payment.

Further declarant sayeth naught.

Doc ID: d1385a4ad76bfa5ba56b2cc4b9d228b75b9d20a9

DATED: Honolulu, HI., <u>February 24, 2026</u>.

_____
EMMANUEL AGTARAP ESTOQUE

Doc ID: d1385a4ad76bfa5ba56b2cc4b9d228b75b9d20a9